# United States Court of Appeals
## For the First Circuit

Nos. 17-1137
     17-1590

UNITED STATES OF AMERICA,

Appellee,

v.

AMIT KANODIA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on November 22, 2019, is amended as follows:

On page 5, line 3:  "an expiration dates" is replaced with "an expiration date"